JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-0879 AG (FFMx) | Date | August 28, 2009 |
|---|---|---|---|
| Title | ROGELIO and RIAH TIQUIA v. HSBC MORTGAGE SERVICES, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

**Proceedings:**   **[IN CHAMBERS] ORDER DISMISSING CASE WITHOUT PREJUDICE**

On August 7, 2009, this Court issued an order regarding pretrial matters. The Court ordered Plaintiffs, within 10 days, to file a declaration under penalty of perjury stating that there had been compliance with Rule 11(b) of the Federal Rules of Civil Procedure and specifically stating that the allegations supporting federal jurisdiction complied with Rule 11(b).

The August 7 Order stated:

> If the declaration required by paragraph 1 is not timely filed, the Court will assume Plaintiff does not wish to pursue this case at this time in federal court, and to avoid a dismissal with prejudice, this case will be immediately dismissed WITHOUT PREJUDICE.

(August 7, 2009 Order at 1-2.)

Plaintiffs have not filed the declaration required by the August 7 Order. Accordingly, this case is dismissed without prejudice.

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-0879 AG (FFMx) | Date | August 28, 2009 |
|---|---|---|---|
| Title | ROGELIO and RIAH TIQUIA v. HSBC MORTGAGE SERVICES, et al. | | |

: 0

Initials of Preparer     lmb