**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA**

| | |
|---|---|
| ROGELIO TIQUIA, an individual and RIAH TIQUIA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC MORTGAGE SERVICES; AMERIQUEST MORTGAGE COMPANY; FREMONT MORTGAGE SECURITIES; JP MORGAN CHASE, INC., successor in interest to WASHINGTON MUTUAL BANK, INC.; and DOES 1-500, inclusive,<br><br>Defendants. | Case No. SACV 09-00879-AG (FFMx)<br><br>**JUDGMENT OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT AMERIQUEST MORTGAGE COMPANY** |

1    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiffs Rogelio and Riah Tiquia's ("Plaintiffs") action against defendant Ameriquest Mortgage Company is dismissed in its entirety, without prejudice, following the Court's August 28, 2009 order dismissing case without prejudice. Ameriquest Mortgage Company shall recover its costs against Plaintiffs.

IT IS SO ORDERED.

Dated:  September 10, 2009

_____
Honorable Andrew J. Guilford
United States District Court
Central District of California

Respectfully submitted by,

BUCHALTER NEMER
A Professional Corporation
    Joanne N. Davies (SBN: 204100)
    David M. Liu (SBN: 216311)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 224-6477

Attorneys for Defendant
Ameriquest Mortgage Company